## IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **COREY MERRITT**<br><br>Plaintiff;<br><br>vs.<br><br>**BRAINERD CHEMICAL COMPANY, INC.**, a domestic for-profit business corporation,<br><br>Defendant. | Case No. CIV-16-1134-R<br><br>(Grady County District Court Case No.: CJ-2016-196) |

### JOINT DISMISSAL WITH PREJUDICE

COMES NOW the Plaintiff, Corey Merritt, and dismisses his cause of action as to Defendant with prejudice as to refiling of same with each party to bear his or its own costs.

February 6, 2017  
Date

    s/ D. Colby Addison  
D. Colby Addison, OBA #32718  
Laird Hammons Laird, PLLC  
1332 SW 89th Street  
Oklahoma City, OK 73159  
Telephone:   405.703.4567  
Facsimile:   405.703.4061  
E-mail:   Colby@lhllaw.com  
Attorney for Plaintiff

s/ Christopher S. Thrutchley  
Christopher S. Thrutchley, OBA #15859  
Gable Gotwals  
1100 ONEOK Plaza  
100 West Fifth Street  
Tulsa, OK 74103-4217  
Telephone: 918.595.4800  
Facsimile:   918.595.4990  
E-mail: cthrutchley@gablelaw.com  
Attorney for Defendant

1

## CERTIFICATE OF MAILING

This is to certify that on this __6th__ day of February, 2017, a true and correct copy of the foregoing instrument was electronically transmitted to the Clerk of Court using the ECF System for filing and transmittal of Notice of Electronic Filing to the following ECF registrants:

Christopher S. Thrutchley
GABLE GOTWALS
1100 ONEOK Plaza
100 West Fifth Street
Tulsa, OK 74103-4217
Telephone: 918.595.4800
Facsimile:  918.595.4990
E-mail: cthrutchley@gablelaw.com
ATTORNEY FOR DEFENDANT


                                    s/D. Colby Addison_____
                                    D. Colby Addison